FILED _____ ENTERED
LODGED _____ RECEIVED

FEB 19 2021

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Aaron Hobson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Melwood Horticultural Training Center, Inc.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ■ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Aaron Hobson |
| Street Address | 12116 Backus Dr. |
| City and County | Bowie, Prince Georges County |
| State and Zip Code | Maryland, 20720 |
| Telephone Number | (646) 714-4008 |
| E-mail Address | aaron.hobson85@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Melwood Horticultural Training Center, Inc. |
| Job or Title (if known) | |
| Street Address | 5606 Dowerhouse Road |
| City and County | Upper Marlboro, Prince Georges County |
| State and Zip Code | Maryland, 20772 |
| Telephone Number | (301) 599-8000 |
| E-mail Address (if known) | |

2

Defendant No. 2

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address
(if known)

Defendant No. 3

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address
(if known)

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

**C.   Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Melwood |
| Street Address | 5606 Dowerhouse Road |
| City and County | Upper Marlboro, Prince Georges County |
| State and Zip Code | Maryland, 20772 |
| Telephone Number | (301) 599-8000 |

3

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Other federal law *(specify the federal law)*:

- ☐ Relevant state law *(specify, if known)*:

- ☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

### III. Statement of Claim

Issue(s): Discrimination (Disability and Race), Ignored Reasonable Accommodation, Retaliatory Harassment, Sexual Harassment, Unequal Terms and Conditions of Employment and Constructive Discharge.

I believe I was discriminated against based on my race (Black), national origin (Latino), and disability, as well as retaliated against for opposing a discriminatory activity in the workplace because:

- I began my employment with the respondent on or about 1/4/2014 - 06/02/2020 where I was an Administrative Assistant. My work performance was satisfactory. My immediate supervisor was Project Manager James Wunderler (Caucasian, American). I was the only Black-American/Latino employee that reported to him in my unit.
- On or about 4/10/2020 Assistant Project Manager Andrew Smith (Caucasian, American) called me and told me I was to report to his building and would be reporting to him. No reason or explanation was given for the change and move when I inquired. I was also the only Black-American/Latino employee that reported to him in his unit.
- I started to feel uncomfortable in the work space setting because it was more people coming in and out of the building which gave a greater probability for me to be exposed to COVID-19. In addition, Mr. Smith was having daily inappropriate sexual phone conversations during work hours with his office door open where he would speak of past sexual liaisons with former female employees he hired, as a Human Resources manager with Melwood.
- On or about 4/22/2020, I complained to Mr. Smith about him subjecting me to his raunchy phone calls that detailed his sexual proclivities with past female Melwood employees. I also made a complaint by phone to Human Resources regarding this matter.
- In further discrimination and retaliation for my participation in a protected activity, Mr. Smith subjected me to retaliatory harassment and discriminatory terms by sending me an email cc'ing my direct supervisor James Wunderler, essentially telling me during a global pandemic (COVID-19) that I was not to wipe down my desk area, yet none of my Caucasian counterparts in my unit were instructed this.
- On or about 5/1/2020 when I spoke to my immediate supervisor James Wunderler and inquired about my office change he proceeds to get upset and speak about the higher number of COVID-19 cases he saw on the news that affected Black and Latino people, essentially saying he didn't want me working at my desk area because Black and Latino people are at higher risk of catching COVID-19 therefore spreading it, and he didn't want to catch it and bring it into his household.
- After my reasonable accommodation per my doctor's note was ignored by management I requested to be on Family Medical Leave to Human Resources.
- From May 2020-November 2020 after resigning and contacting EEOC, I received various harassing threats via blocked phone numbers, text, as well as my medical information and note posted online.
- After the constant harassment I filed a police report on or about 12/1/2020 with the Hyattsville Police Department. The police report case number is 20-0002994-001.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) **April 2020-November 2020**

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race **Black**
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☒ national origin **Latino**
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*
  Allergy induced Asthma and cardiovascular heart disease.

5

E. The facts of my case are as follows. Attach additional pages if needed.

<u>**See Attachment.**</u>

_(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)_

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

**On or about August 2020**

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* **11/23/2020**

_(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)_

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

6

### E. The facts of my case are as follows.

I worked for Melwood Horticultural Training Center, Inc. as an Administrative Asst. from January 2014- June 2020. On or about 4/10/2020 I was called and told by assistant project manager Andrew Smith (Caucasian, American) that I was to report into work and not work from home on 4/13/2020. Mr. Smith stated that I would not be reporting to my office space and desk, but to another location near him. No reason or explanation was given for the change and move when I inquired. When I tried to contact my direct supervisor Mr. James Wunderler (Caucasian, American) he ignored my phone call and text. After complying with the demand of Mr. Andrew Smith, I started to feel uncomfortable in that work space setting because it was more people coming in and out of the building which gave a greater probability for me to be exposed to COVID-19. In addition, Mr. Smith was having daily inappropriate sexual phone conversations during work hours with his office door open where he would speak of past sexual liaisons with former female employees he hired, as a Human Resources manager with Melwood, in which he engaged in sexual intercourse and threesomes with. On or about 4/22/2020, I complained to Mr. Smith about him subjecting me to his raunchy phone calls that detailed his sexual proclivities with past female Melwood employees, as well as his inappropriate whistle gesture towards female employees since 4/13/2020 and explicit sexual phone conversations during work hours. I also made a complaint by phone to Human Resources regarding this matter.

In further discrimination and retaliation for my participation in protected activity, Mr. Smith subjected me to retaliatory harassment and discriminatory terms by sending me an email cc'ing my direct supervisor James Wunderler, essentially telling me during a global pandemic (COVID-19) that I was not to wipe down my desk area, yet no other employees at the company were told this, in fact company memo emails were sent to employees encouraging them to practice strict cleaning and safety precautions due to the COVID-19 pandemic. I was also seated away from my desk and work space where I did not have basic functions such as adequate working WIFI; scanner and printer capabilities to ensure my tasks were completed, over scrutinizing my work, and insisting I use my personal cell phone and hotspot when the WIFI would stop working for the day. In contrast, the managers (Andrew Smith and James Wunderler) provided these work-related essentials to my Caucasian counterparts. On or about May 1, 2020, Mr. Andrew Smith instructed me that Mr. James Wunderler wanted me to stop by his office. During that visit and conversation I asked Mr. Wunderler why I was denied access to work at my desk area where I had adequate working WIFI, a scanner, printer, and the best essentials and a safe work environment to ensure my tasks were done. Mr. Wunderler then proceeds to get upset and speak about his personal family issues, job issues, and manager issues, as well as stating the higher number of COVID-19 cases he saw on the news that affected Black and Latino people, essentially saying he didn't want me working at my desk area because Black and Latino people are at higher risk of catching COVID-19 therefore spreading it, and he didn't want to catch it and bring it into his household.

On or about May 18, 2020, due to my disability related health issues per my doctor's orders that I sent to my managers (James Wunderler and Andrew Smith) as well as Human Resources, I requested to work alone and not be placed in a work group (of 2 or more people). The managers ignored my accommodation requests on or about May 18, 2020 and sent an email placing me in a work group where I would be around more than 5 individuals daily. I contacted Human Resources and asked to be placed

on Family Medical Leave. On or about May 19, 2020 I received a threatening email that was essentially warning me about what management was planning to do as a retaliatory act for my participation in a protected activity by alerting Human Resources of the discriminatory acts that were being done toward me. The email stated that management was going to find out the validity of my doctors notes and were plotting to over scrutinize my work to terminate me when I returned.

On or about May 20, 2020, I put in my 2 week notice of resignation (last effective day as a Melwood employee was June 2, 2020) from my position based on these aggravating and discriminatory harassing circumstances.

On or about September 2020 I was notified that my medical documentation had been posted on a public message board forum called "Reddit", which had my medical doctors note and personal medical information posted with the heading "How Can An Employer Verify An Employees Doctors Note Is Not Fake That Wants To Work At Home?" My medical documentation and personal information including first and last name were posted on this forum inquiring from the public advice on finding out the validity of my doctor's note and also made mention of my race. My former employer Melwood was the only recipient's privy to my doctor's notes for my reasonable accommodations and are the only employers that would have my information to post. The pubic message forum post had over 20 comments of discriminatory remarks stating why others shouldn't hire Black people for their companies, to how fake doctor notes were created etc. On or about October 5, 2020 I emailed Reddit to have the post taken down, to which the site eventually took the public post down. However the damage had been already done, this has created an issue for me in obtaining work because my medical, race, and health information has been compromised on a public forum creating an open arena for more disability and race discrimination against me during the hiring and recruiting process at other companies, agencies, and organizations.

From September 2020-November 2020 after reporting the issue to EEOC I had been receiving threatening/racist phone calls from a blocked number and threatening text messages. After the constant harassment I filed a police report on or about 12/1/2020 with the Hyattsville Police Department and the police report case number is 20-0002994-001.

Consequently, for the instances listed above I believe I was discriminated against for my disability and race and any explanation the respondent gives about my constructive discharge is a pretext to discriminate against me on the basis of my disability and race and to further retaliate against me for engaging in a protected activity.

I solemnly affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Plaintiff: _[signature]_                                            Date: 2/17/2021

Aaron Hobson

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Due to the disability and race discrimination done toward me by my former employer by posting my medical and personal documentation on a public message forum. This has created a harder reality for me in applying for jobs and not being hired and possibly discriminated against because of my medical personal information being compromised online by my former employer. I am seeking $450,000 in punitive damages that I feel I am entitled to for what my former employer has done to me, which forced me into constructive discharge from my job due to the unequal terms and conditions of my employment. I have been without a job, health benefits, and income for 8 months due to this.

7

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Feb. 17, 2021

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff  Aaron Hobson

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____